## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYNECA Y. OJO and<br>KAREN ANN CROSBY,<br><br>    Plaintiffs<br><br>  vs.<br><br>BREW VINO LLC, d/b/a GRANDVIEW<br>GOLF COURSE,<br>STEVE CHRONISTER,<br>MARC BOWER,<br>JORDAN LYLE CHRONISTER, and:<br>BRIAN POLACHEK,<br><br>    Defendants | :<br>:<br>:<br>:<br>: 1: 20-CV- 0 0 0 6 6 1 - S H R<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 21, 2020; that the Waiver of the Service of Summons and the Complaint were duly sent on June 18, 2020, and said Waiver was duly returned on July 16, 2020. The complaint was duly served upon Defendant Steven Chronister, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiffs, default is hereby entered against the Defendant Steven Chronister, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

Peter J. Welsh

Date: 8|24|2020