IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYNECA Y. OJO** *and* **KAREN ANN CROSBY,** | : | **Civ. No. 1:20-cv-00661** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **BREW VINO, LLC** *d/b/a* | : | |
| **GRANDVIEW GOLF COURSE et al.,** | : | |
| | : | **Judge Sylvia H. Rambo** |
| **Defendants.** | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendants' motion for relief from judgment (Doc. 18) is conditionally **DENIED**;

(2) Defendants are granted leave to file a brief in opposition to Plaintiffs' motion for default judgment (Doc. 17) and request for monetary sanctions (Doc. 19, p. 9) and in support of relief from default within 30 days of this order, and failure to timely do so will result in the entry of a final default judgment;

(3) Defendants' brief must be supported by applicable legal authority, detailed affidavits explaining the circumstances of their default, and specific facts

and law to support any argument that Defendants have a meritorious defense to each individual claim asserted in the complaint;

(4) Plaintiffs may file a brief in response to any of Defendants' arguments within 30 days after the filing of Defendants' brief.

**IT IS SO ORDERED.**

Dated: February 4, 2021

> *s/Sylvia H. Rambo*
> Sylvia H. Rambo
> United States District Judge