IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MYNECA Y. OJO** and **KAREN ANN CROSBY**, | : Civ. No. 1:20-cv-00661 |
| Plaintiffs, | : |
| v. | : |
| **BREW VINO, LLC et al.**, | : |
| Defendants. | : Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 5th day of May 2021, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion for relief from default (Docs. 18, 23) is **GRANTED** and that the default entered against Defendants (Docs. 12-16) is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for default judgment (Doc. 17) is **DENIED.**

**IT IS FURTHER ORDERED** that within 14 days of the date of this order, Defendants shall file an answer or otherwise respond to the complaint.

**IT IS FURTHER ORDERED** that within 14 days from the date of this order, Plaintiffs' counsel shall file a declaration detailing the fees and expenses that were incurred in connection with responding to Defendants' motions.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge