IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| MYNECA Y. OJO and<br>KAREN ANN CROSBY,<br>      *Plaintiffs* | :<br>:<br>:<br>: |
| v. | : No. 1:20-CV-000661 |
| | : |
| BREW VINO LLC<br>d/b/a GRANDVIEW GOLF COURSE,<br>STEVEN CHRONISTER,<br>MARC BOWER,<br>JORDAN LYLE CHRONISTER, and<br>BRIAN POLACHEK,<br>      *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>: |

**INITIAL DISCLOSURE OF DEFENDANTS
BREW VINO LLC, d/b/a GRANDVIEW GOLD COURSE,
STEVEN CHRONISTER, MARC BOWER,
JORDAN LYLE CHRONISTER, and BRIAN POLACHEK**

I.   **Introduction**

Defendants, Brew Vino LLC, d/b/a Grandview Golf Course, Steven Chronister, Marc Bower, Jordan Lyle Chronister, and Brian Polachek, by and through their attorney, Kathryn Nonas-Hunter, Esquire of the Law Offices of Ream, Carr, Markey, Woloshin, and Hunter LLP, pursuant to Fed. R. Civ. P., Rule 26(a)(1) (Rule 26), submit their initial disclosure in the above captioned federal civil rights cause of action with state claims as follows:

II.   **Individuals likely to have discoverable information:**

    1) Karen Ann Crosby

    335 East Locust Street
    York, PA 17403

2) Myneca Ojo
    364 Wilson Ave.
    Hanover, PA 17331

3) Sandra Thompson
    351 E. Princess St.
    York, PA 17403
    717-577-4436

4) Sandra Harrison
    3058 Gemstone Ln.
    York, PA 17404
    240-888-6754

5) Carolyn Dow
    60 Willow Wood Ct.
    York, PA 17406
    717-309-1563

6) Steven Chronister
    2779 Carlisle Rd.
    York, PA 17404
    717-578-3880

7) Jordan Chronister
    2779 Carlisle Rd.
    York, PA 17404
    717-309-8945

8) Marc Bower
    2566 Locust Rd.
    Dover, PA 17315
    717-683-7006

9) Brian Polechek
    1016 E. Main St.
    Annville, PA 17003
    570-687-8227

10) Officer Erika L. Eiker
    Northern York County Regional Police
    Municipal Office, 1445 E. Canal Rd.
    Dover, PA 17315

717-292-3647

11) Jacob Benson
    2315 Esbenshade Rd.
    York, PA 17408
    717-870-1989

12) Craig Brenneman
    3045 Cypress Rd.
    Dover, PA 17315
    717-495-1821

13) Jerry Higgins
    1876 Deerfield Dr.
    Dover, PA 17315
    410-736-2361

14) Damen Carter-Mann
    412 East Main St.
    Shiremanstown, PA 17011
    717-798-5659

15) Julio Mendez
50 Park Lane
York, PA 17403
    717-801-8397

16) Brian Shiley
2602 Meadowbrook Blvd
York, Pa 17406
717-515-2772

17) Cpl. Cody Becker
    Northern York County Regional Police
    Municipal Office, 1445 E. Canal Rd.
    Dover, PA 17315
    717-292-3647

18) Pamela Harris
    4560 Sequoia Dr. Apt. C
    Harrisburg, PA 17109
    570-406-8176

19) Denise Fahie
24 Clearview Dr.
Lebanon, PA 17042
917-334-7227

20) Cheryl Williams
325 Janice Dr.
Pittsburgh, PA 17110
412-612-6827

21) Kathy Morrison
140 Woodridge Dr.
Harrisburg, PA 17110
717-903-5865

22) Jelani Cooper
617 McAlway Rd.
Charlotte, NC 28211
412-287-5633

RESPECTFULLY SUBMITTED,

*Kathryn Nonas-Hunter*
KATHRYN NONAS-HUNTER, Esquire
PA 308437
119 E. Market St.
York, PA 17401
Phone: 717-843-8968
Email: kathryn@knhlaw.onmicrosoft.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I, Kathryn Nonas-Hunter, Esquire, attorney for the Defendants, hereby certify that I have on the 10th day of November 2021, I electronically filed the foregoing Disclosure with the Clerk of Court using the CM/ECF system and emailed a copy to counsel for Plaintiffs.

*Kathryn Nonas-Hunter*
KATHRYN NONAS-HUNTER, ESQUIRE

**Counsel for Defendants**