IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MYNECA Y. OJO, et al.,** : | Civil No. 1:20-CV-661 |
| Plaintiffs, : | |
| v. : | |
| **BREW VINO LLC, et al.,** : | |
| Defendants. : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 28th day of January, 2022, upon consideration of Defendants' Amended Motion for Joinder (Doc. 35), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

1. Case No. 1:20-CV-00661 and Case No. 1:20-CV-00666 are consolidated pursuant to Federal Rule of Civil Procedure 42(a);

2. The clerk of court is directed to consolidate Case No. 1:20-CV-00661 and Case No. 1:20-CV-00666 into Case No. 1:20-CV-00661 and CLOSE Case No. 1:20-CV-00666.

3. The consolidated action will proceed according to the forthcoming Case Management Order, which will issue separately.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge