IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYNECA OJO, et al.,** | : | Civil No. 20-CV-00661 |
| Plaintiffs, | : | |
| v. | : | |
| **BREW VINO, LCC, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 6th day of February 2024, upon consideration of Defendants' contempt motion (Doc. 79) and in accordance with the accompanying memorandum,

**IT IS HEREBY ORDERED** that:

1. Defendants' motion is **GRANTED** insofar as Sandra Thompson is held in **CIVIL CONTEMPT** for failing to comply with the court's March 10, 2023, order.

2. Thompson shall pay Defendants **$5,800** of **ATTORNEYS FEES**. Payment shall be remitted to Defendants on or before June 3, 2024.

3. Thompson must comply with her discovery obligations as outlined in Defendants' subpoena and notice of deposition. Thompson must conform with Federal Rules of Civil Procedure Rule 45 for claims of privilege and must **ADDITIONALLY PRODUCE** for *in camera* review any discovery withheld based on a claim of privilege along with a detailed privilege log.

4. If she fails to comply with this order, Thompson shall pay a **FINE OF THREE HUNDRED DOLLARS ($300.00)** per day to the Clerk of Court for the United States District Court for the Middle District of Pennsylvania. This fine shall commence by court order

twenty-one days after Thompson receives this order and accompanying memorandum.

4. Defendants shall immediately inform the court when Thompson fully complies with her discovery obligations.

*/s/Sylvia H. Rambo*
Sylvia. H. Rambo
United States District Judge
