## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MYNECA Y. OJO; KAREN ANN :    No. 1:20cv661
CROSBY;  SANDRA HARRISON; :
and CAROLYN DOW, :
              **Plaintiffs** :    **(Judge Munley)**
 :
 :    **(Magistrate Judge Caraballo)**
   v. :
 :
BREW VINO LLC; STEVE :
CHRONISTER; MARC BOWER; :
JORDAN LYLE CHRONISTER; :
BRIAN POLACHEK; and JOHN DOE, :
              **Defendants** :

## ORDER

**AND NOW**, to wit, this 25 day of March 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' objections, (Doc. 134), to United States Magistrate Judge Caraballo's report and recommendation ("R&R") are **OVERRULED**;

2) The R&R, (Doc. 133), is **ADOPTED**;

3) Defendants' motion for summary judgment, (Doc. 81), is **DENIED**;

4) Defendant John Doe is **DISMISSED** from this action; and

5) A pre-trial conference will be scheduled by way of separate court order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court